UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK L. SCOTT, individually and on behalf of others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) VANDERBILT MORTGAGE AND ) FINANCE, INC., ) ) Defendant. ) | No. 3:07-0512 JUDGE ECHOLS |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith,

(1) Defendant's Motion To Dismiss (Docket Entry No. 23)[1] is hereby GRANTED.

(2) This case is hereby DISMISSED WITH PREJUDICE.

(3) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

---

[1] Defendant withdrew the alternate Motion seeking transfer based on improper venue and *forum non conveniens*. (Docket Entry No. 30).